

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

AUG 0 3 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

---

Kevin Don Gober
S.S.N. 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

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Onslow County
water Dept.
Jacksonville, N.C.

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 26-CV-473-GKF-SH

_(to be filled in by the Clerk's Office)_

Jury Trial:    ☐ Yes    ☒ No
_(check one)_

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in _forma pauperis_.

ProSe-05

fees due
Ø summons

_(margin stamp, right side):_ No Cert Svc — No Orig Sign — No Env — O/MJ — C/MJ — C/Ret'd — O/J — Mail — C/J — No Cpy's — No Env/Cpy's

I.      The Parties to This Complaint

   A.      The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint.  Attach
      additional pages if needed.

|  |  |
|---|---|
| Name | Onslow County Water Dept |
| Street Address | Grier |
| City and County | Jacksonville, Onslow |
| State and Zip Code | North Carolina |
| Telephone Number | |
| E-mail Address | |

   B.      The Defendant(s)

      Provide the information below for each defendant named in the complaint,
      whether the defendant is an individual, a government agency, an organization, or
      a corporation.  For an individual defendant, include the person's job or title (if
      known) and check whether you are bringing this complaint against them in their
      individual capacity or official capacity, or both.  Attach additional pages if
      needed.

      Defendant No. 1

|  |  |
|---|---|
| Name | Kiven Don Gober |
| Job or Title (if known) | |
| Street Address | 300 N. Denver Ave |
| City and County | Tulsa, Tulsa |
| State and Zip Code | Oklahoma, 74103 |
| Telephone Number | |
| E-mail Address (if known) | |

      ☒ Individual capacity          ☒ Official capacity

      Defendant No. 2

|  |  |
|---|---|
| Name | |
| Job or Title | |

2

(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

☐   Individual capacity       ☐   Official capacity

Defendant No. 3

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

☐   Individual capacity       ☐   Official capacity

Defendant No. 4

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

☐   Individual capacity       ☐   Official capacity

ProSe-05

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am suing due to poplutation drinking comensation harm paid in 1980's where I Lived in North Carolina.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I am suing under safe water Rights.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

My family I lived with received health problems from onslow county water Department During 1982 year through 1989.

4

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

I Lived Near Camp Lejueve High School on Grier St, Onslow County / Jacksonville, NC.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

During 1982 - 1987 county Residents Filed For Releaf by Federal Law suit I Never Received the same Releaf

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I an my family Living an Deceased Drank the Water that was Found in court poisning through the years of 1982 - 1987.

I Need Federal case Found assistance, Never Received case assistance. The companines IN re zaptac (Ranitidine) did prods. Liab Litig., 20-MD-2924, MDL 2924. (S.D. FlA. Jul 21, 2023 did have access to water Treatment information an persons of water supply, an harmful results to human Life or, and wild Life who survive from H2O supply, drinking water.

ProSe-05

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I did Not Receive the same Federal comensation For settled water Dispute in onslow county North Carolina During 1982 - 1969 claim.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I wish the some Relief as any county Resident Living in The winted states, with a water treatment Dispute.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

ProSe-05

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _July_ , 20_22_

Signature of Plaintiff _Kevin Gober_

Printed Name of Plaintiff _Kevin Gober_

B.    **For Attorneys**

Date of signing: _____ , 20__.

Signature of Attorney _____

Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

7

ProSe-05

*VERIFICATION*

**STATE OF OKLAHOMA**

ss.

**COUNTY OF**

I, Kevin GoBer, of lawful age, being first duly sworn upon oath avers and states: That I am the defendant of record in the above styled cause, that I have read and understand the above and foregoing Application for Writ of Habeas Corpus Ad Testificandum and that the allegations and statements therein contained are true and correct to the best of my knowledge and belief.

Affiant: Kevin GoBer

Subscribed and sworn to before me this 22 day of July, 2026.

Notary Public: _____

My commission expires: _____

## CERTIFICATE OF SERVICE

This is to certify that on the _____ day of _____, 2026, a true and correct copy of the above and foregoing document was mailed to:

District Attorney

_____

_____

_____

RESPECTFULLY,

x Kevin Gober

*Law Offices of the*

# FEDERAL PUBLIC DEFENDER
### Northern & Eastern Districts of Oklahoma

| **Tulsa Office** | **Muskogee Office** |
|---|---|
| 1 West 3rd Street, Suite 1225<br>Tulsa, Oklahoma 74103-3532 | 627 West Broadway<br>Muskogee, Oklahoma 74401-6220 |
| Telephone: 918-581-7656<br>Facsimile: 918-581-7658 | Telephone: 918-687-2430<br>Facsimile: 918-687-2392 |

July 27, 2026

**Kevin Gober**
**DLM No. 1197895**
**David L. Moss Criminal Justice Center**
**300 N. Denver Ave.**
**Tulsa, OK 74103**

Mr. Gober

Enclosed please find some documents that you recently mailed to us. If they are intended for the Northern District of Oklahoma federal court clerk's office, their address is:

Page Belcher Federal Building
333 W. 4th Street,
Room 411
Tulsa, OK 74103.

*mail to this address*

If you meant to send them to the Tulsa County (state of Oklahoma) court clerk, their address is:

Tulsa County Courthouse
500 S Denver Ave.
Tulsa, OK 74103

Sincerely,

David Harper
Clerical Assistant

FEDERAL PUBLIC DEFENDER
WILLIAMS TOWER I
ONE WEST THIRD STREET
SUITE 1225

TULSA, OK 74103

TULSA OK 740

28 JUL 2026 PM 3 L



quadient

FIRST-CLASS MAIL
IMI

$001.07⁰
07/27/2026 ZIP 74103
044K33238294

US POSTAGE

Kevin Gober
DLM No. 1197895
David L. Moss Criminal Justice Center
300 N. Denver Avenue
Tulsa, OK 74103

F19
N²

74103-142000

Case 4:26-cv-00473-GKF-SH   Document 1 Filed in USDC ND/OK on 08/03/26   Page 11 of 11

Kevin Gober # 1197895
300 S. Dever Ave
Tulsa OK 74103

RECEIVED

AUG 0 3 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

TULSA OK 740

31 JUL 2026 AM 1

Postmark 7/31/2026
26CV473-GKF-SH
Am

quadient
FIRST-CLASS MAIL
IMI
$001.07
07/30/2026   ZIP 74119
043M32207788
US POSTAGE

Page Belcher Federal Building
333 W. 4th Street
Room 411
Tulsa OK 74103

74103-381911